# Court of Appeals
# of the State of Georgia

ATLANTA,   July 12, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2107.   DALE STILES v. BETTY LOU WESTALL AS EXECUTOR UNDER THE LAST WILL AND TESTAMENT OF RAYMOND B. BURCH.**

Betty Lou Westall filed an action against Dale Stiles to collect on a debt that Stiles owed to the decedent.  Westall filed a motion for summary judgment, which the trial court granted.  Susan McKenna, as Attorney-in-Fact for Stiles, filed a notice of appeal from the trial court's order.

Under OCGA § 15-19-51 (a) (1), it is unlawful for any person other than a duly licensed attorney at law to "practice or appear as an attorney at law for any person other than himself in any court of this state or before any judicial body."  While a litigant may represent himself without counsel, he may not be represented by someone unauthorized to practice law.  See *Eckles v. Atlanta Technology Group*, 267 Ga. 801 (485 SE2d 22) (1997). Accordingly, only a duly licensed attorney may file a notice of appeal to this Court on behalf of an individual who does not appear pro se. See *Congress Re-Insurance Corp. v. Archer-Western Contractors*, 226 Ga. App. 829 (487 SE2d 679) (1997).  Because McKenna is not authorized to practice law in this State, the notice of appeal she filed on behalf of Stiles is null and void. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/12/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*